

**Entered on Docket**
**June 10, 2011**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

1 | KATHLEEN A. LEAVITT
~~CHAPTER 13 STANDING TRUSTEE~~
2 | 201 Las Vegas Blvd SouthSuite 200
Las Vegas, NV  89101
3 | (702) 853-0700

4 | ### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| 5 | **IN RE:** | Chapter 13 |
| | **ALBERTO B GONZALEZ** |  BKS-11-15804-MKN |
| 6 | | |
| | | Hearing Date: N/A |
| 7 | **Debtor** | Hearing Time: N/A |
| 8 | **PRO SE DEBTOR** | |
| | **Attorney for Debtor** | |

9 | ### EX-PARTE ORDER DISMISSING CHAPTER 13
### CASE PURSUANT TO 11 U.S.C. SECTION 521(i)

10

11 |    As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

12 | filed Schedules A through J, Statement of Financial Affairs and the Chapter 13 Plan as required within

13 | the forty-five (45) day period, which expired on June 03, 2011.

. . .

14 | . . .

15 | . . .

16

17

18

19

20

1    **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2    **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3    **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4    and for administrative expenses from the balance on hand in this case, if any.

5    **IT IS SO ORDERED.**

6    Submitted by:

7    /s/ Kathleen A. Leavitt

8    KATHLEEN A. LEAVITT
     CHAPTER 13 BANKRUPTCY TRUSTEE
     Dated: June 08, 2011

9    (alr)

10

11

12

13

14

15

16

17

18

19

20